People v Solar (2025 NY Slip Op 06552)

People v Solar

2025 NY Slip Op 06552

Decided on November 25, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 25, 2025

Before: Webber, J.P. SEQ CHAPTER \h \r 1, Kennedy, González, Higgitt, Michael, JJ. 

Ind No. 6127/02|Appeal No. 5236|Case No. 2022-04891|

[*1]The People of the State of New York, Respondent,
v
Felipe Solar, Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Cathy Liu of counsel) for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Stacie Nadel of counsel) for respondent.

Order, Supreme Court, New York County (Thomas Farber, J.), entered on or about September 23, 2022, which adjudicated defendant a level three sexually violent predicate offender pursuant to the Sex Offender Registration Act (Correctional Law art 6-C), unanimously affirmed, without costs.
The court providently exercised its discretion when it declined to grant a downward departure (see People v Gillotti, 23 NY3d 841, 861 [2014]). There were no mitigating factors that were not adequately taken into account by the risk assessment instrument. There is no basis for a downward departure, given the egregiousness of the underlying crimes and the danger that a reoffense by defendant would cause a high degree of harm (see People v Roldan, 140 AD3d 411 [1st Dept 2016], lv denied 28 NY3d 904 [2016]). Defendant has not shown that his rehabilitative efforts, his family support, or his age warrant a downward departure. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 25, 2025